ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

Mar 10, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 18035 3RD AVENUE JAMESTOWN, CALIFORNIA 95237 | CASE NO. 1:20-SW-00058-EPG<br><br>ORDER TO UNSEAL SEARCH WARRANT |
| --- | --- |

Good cause appearing due to Stephen Tyler Prock's pending trial, it is ordered that the search warrant in this case be UNSEALED.

IT IS SO ORDERED

DATED: 3/10/2026

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

2